Seaw ERR, Judge,
 

 delivered the opinion of a majority of the Court:
 

 From all the circumstances of this case, it seems impossible to doubt about the meaning of the testator. He liad a large body of land composed of different tracts, and know'll by different names, the one he lived on was called the
 
 “
 
 Ben Radcliffe tract,” and he devises the
 
 tract
 
 on which
 
 he lived
 
 to his son William Henry, together with all the
 
 appurtenances.
 

 Had lie said,
 
 “
 
 the lands,” on which lie lived, there might have been doubt
 
 •,
 
 but we are clear, that according to the manner in which lie
 
 has
 
 expressed himself, the devise extends no further than to that distinct
 
 tract;
 
 and the word
 
 “
 
 appurtenances” can have no other or greater meaning, than to comprehend things in the nature of
 
 incidents
 
 to this tract. There must be a decree for partition.